ACCEPTED
03-15-00085-CV
7530186
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 9:35:51 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00085-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 9:35:51 AM
JEFFREY D. KYLE
Clerk

_____

Michael J. DeLitta and
DelCom Properties, LLC,

*Appellants*

*v.*

Nancy Schaefer

*Appellee*

_____

## JOINT MOTION TO ABATE FOR SETTLEMENT
_____

TO THE HONORABLE THIRD COURT OF APPEALS:

All parties file this joint motion to abate so that the parties' settlement agreement can be accomplished pursuant to Texas Rule of Appellate Procedure 42.

1.      Appellants filed their notice of accelerated appeal on February 5, 2015. Briefing has been submitted and the case is ready to be set.

2.      The parties have reached a settlement of the underlying dispute and request that the Court abate this appeal for sixty days to allow time for the settlement to be finalized.

1

3.      If the settlement has not been consummated in sixty days, the parties will report to the Court on the status of efforts to complete the settlement.  Once the settlement is finalized, the parties anticipate filing a motion to dismiss this proceeding.

**PRAYER**

The parties jointly pray that this Court grant a sixty day abatement.  The parties also pray for any other relief to which they are entitled.

Dated: October 26, 2015

Respectfully submitted,

**DRUCKER | HOPKINS**
21 Waterway Avenue, Suite 300
The Woodlands, Texas 77380
(281) 362-2863
(855) 558-1745 (fax)

**KUHN HOBBS PLLC**
3307 Northland Drive, Suite 310
Austin, Texas 78731
(512) 476-6003
(512) 476-6002 (fax)

By:/s/ Douglas R. Drucker
    Douglas R. Drucker
     State Bar No. 06136100
    Kirby D. Hopkins
     State Bar No. 24034488

*Attorney for Appellants,*
*Michael DeLitta and*
*DelCom Properties LLC*

By:/s/ Lisa Bowlin Hobbs
    Lisa Bowlin Hobbs
     State Bar No. 24026905
    Kurt Kuhn
     State Bar No. 24002433

Donald R. Taylor
    State Bar No. 19688800
Of Counsel Stacey Reese
    State Bar No. 24056188
**TAYLOR DUNHAM & RODRIGUEZ LLP**
301 Congress Avenue, Suite 1050
Austin, Texas 78701
(512) 473-2257
(512) 478-4409 (fax)

Howard F. Carter, Jr.,
    State Bar No. 03916500
**HOWARD F. CARTER, JR., P.C.**
5600 Tennyson Parkway, Suite 160
Plano, Texas 75024
(972) 455-2001
(972) 455-2015 (fax)

*Counsel for Appellee, Nancy Schaefer*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2015, and in compliance with the Texas Rules of Appellate Procedure, a true and correct copy of the foregoing motion has been served via electronic service as follows:

Douglas R. Drucker                                                    *via e-Service*
Kirby D. Hopkins
DRUCKER | HOPKINS LLP
21 Watery Avenue, Suite 300
The Woodlands, TX  77380
**Counsel for Appellants**

Eric J. Taube                                                         *via e-Service*
HOHMANN, TAUBE & SUMMERS LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
**Counsel for Axiom entities and
Jeff Compton**

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs